IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION



SOUTHERN DISTRICT OF MISSISSIPPI
FILED

NOV 21 2019

ARTHUR JOHNSTON
BY_____ DEPUTY

UNITED STATES OF AMERICA

v.                                                        Criminal No. 2:19cr28-KS-MTP

FALLON DENEEM PAGE

### AGREED PRELIMINARY ORDER OF FORFEITURE

PURSUANT to a separate Plea Agreement between **FALLON DENEEM PAGE** by and
with the consent of her attorney, and the **UNITED STATES OF AMERICA** (hereinafter "the
Government**), FALLON DENEEM PAGE** agrees that the following findings are correct, and
further agrees with the adjudications made herein. Accordingly, the Court finds as follows:

1.      The Defendant is fully aware of the consequences of having agreed to forfeit to the
        Government her interests in and to the hereinafter described property, having been apprised
        of such by her attorney and by this Court; and she has freely and voluntarily, with
        knowledge of the consequences, entered into a Plea Agreement with the Government to
        forfeit such property.

2.      The Defendant agrees, the **$9,500.00 Money Judgment**, constitutes or was derived from
        proceeds that the Defendant obtained, directly or indirectly, as a result of the offense
        charged in the Indictment and/or was used, or intended to be used, in any manner or part,
        to commit, or to facilitate the commission of the offense charged in the Indictment and/or
        was involved in the offense charged in the Indictment. Such property is, therefore, subject
        to forfeiture pursuant to 18 U.S.C. §§ 981(a)(1)(c) and 982(a)(7); and 28 U.S.C. § 2461.

3.      The Defendant has been apprised that Rule 32.2 of the Federal Rules of Criminal
        Procedure, and 18 U.S.C. § 982 require the Court to order the forfeiture of the **$9,500.00**

**Money Judgment**, at, and as a part of, the sentencing proceeding. The Defendant does hereby waive such requirement and the requirement that the forfeiture be made a part of the sentence as ordered by the Court in the document entitled, "Judgment in a Criminal Case." The Defendant and her attorney further authorize the Court to enter this order immediately, and agree that the forfeiture ordered hereunder will be a part of the sentence of the Court whether ordered at that proceeding or not and whether or not attached as a part of the said Judgment in the Criminal Case.

4.   The Defendant and her attorney further agree that the she will cooperate with the United States to identify, locate, and dispose of the substitute assets to satisfy the money judgment, and that the United States may immediately begin the seizure of assets to be forfeited as substitute property to satisfy the forfeiture money judgment.

IT IS, THEREFORE, ORDERED AND ADJUDGED AS FOLLOWS:

a.   That the Defendant shall forfeit to the United States **a Money Judgment in the amount of $9,500.00;**

b.   The Court has determined, based on the Defendant's plea agreement, that the following property is subject to forfeiture pursuant to 18 U.S.C. §§ 981(a)(1)(c) and 982(a)(7); and 28 U.S.C. § 2461, that the Defendant had an interest in such property and that the government has established the requisite nexus between such property and such offenses :

**$9,500.00 Money Judgment;**

c.   The United States may conduct any discovery it considers necessary to identify, locate, or dispose of the property subject to forfeiture or substitute assets to satisfy the forfeiture money judgment.

d. That any ancillary hearing is hereby dispensed with as the forfeiture provides for a money judgment only. Pursuant to Fed. R. Crim. P. 32.2(b)(4), this Agreed Preliminary Order of Forfeiture shall become final as to the Defendant at the time of sentencing [or before sentencing if the Defendant consents] and shall be made part of the sentence and included in the judgment, and that this order shall be enrolled in all appropriate Judgment Rolls.

The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

SO ORDERED AND ADJUDGED this 21st day of November 2019.

_____
UNITED STATES DISTRICT JUDGE

AGREED:

_____
KATHLYN VAN BUSKIRK
Assistant United States Attorney

_____
FALLON DENEEM PAGE
Defendant

_____
SAMUEL C. MARTIN
Attorney for Defendant